# Third District Court of Appeal

## State of Florida

Opinion filed October 16, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1449
Lower Tribunal No. F15-16288-B
_____

**Kahleb Newkirk,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Carlos J. Martinez, Public Defender, and Nicholas A. Lynch, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.

Before LINDSEY, MILLER, and GOODEN, JJ.

PER CURIAM.

1

Affirmed.  See Hopkins v. State, 632 So. 2d 1372, 1377 (Fla. 1994); State v. DiGuilio, 491 So. 2d 1129, 1135 (Fla. 1986); Dennis v. State, 817 So. 2d 741, 753 (Fla. 2002); Zuluaga v. State, 915 So. 2d 1251, 1255 (Fla. 3d DCA 2005).